UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. R.,<br><br>        Plaintiff,<br><br>   v.<br><br>BRENTWOOD UNION SCHOOL DISTRICT,<br><br>        Defendant. | Case No. 12-cv-06326-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 1 |

A hearing on Plaintiff G.R.'s motion for attorneys' fees is scheduled for a hearing on May 9, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is now under submission.

**IT IS SO ORDERED**.

Dated: May 2, 2013

_____
JON S. TIGAR
United States District Judge